Hon. Richard A. Jones

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JUDITH WRIGHT, <br><br> Defendant. | No. CR21-126-RAJ <br><br> ORDER OF FORFEITURE |

THIS MATTER comes before the Court on the United States' Motion for Entry of an Order of Forfeiture ("Motion") seeking to forfeit, to the United States, the Defendant Judith Wright's interest in the following property:

A sum of money in the amount of $298,737.76, representing the proceeds the Defendant obtained as a result of her commission of Wire Fraud, in violation of 18 U.S.C. § 1343. The United States agrees it will request the Attorney General apply any amounts it collects toward satisfaction of this forfeited sum to the restitution that is ordered. The United States also agrees that any amount the Defendant pays toward restitution will be credited against this forfeited sum.

The Court, having reviewed the United States' Motion, as well as the other papers and pleadings filed in this matter, hereby FINDS entry of an Order of Forfeiture is appropriate because:

ORDER OF FORFEITURE - 1
*United States v. Judith Wright,* CR21-126-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- The proceeds of Wire Fraud, in violation of 18 U.S.C. § 1343, are forfeitable pursuant to 18 U.S.C. §981(a)(1)(C), by way of 28 U.S.C. § 2461(c);

- In her plea agreement, the Defendant agreed to forfeit the above-identified sum of money pursuant to 18 U.S.C. §981(a)(1)(C), by way of 28 U.S.C. § 2461(c), as it reflects the proceeds she obtained from her commission of the offense (Dkt. No. 9, ¶ 13); and,

- This sum of money is personal to the Defendant; pursuant to Federal Rule of Criminal Procedure ("Fed. R. Crim. P.") 32.2(c)(1), no third-party ancillary process is required before forfeiting it.

NOW, THEREFORE, THE COURT ORDERS:

1. Pursuant to 18 U.S.C. § 981(a)(1)(C), by way of 28 U.S.C. § 2461(c), and her plea agreement, the Defendant's interest in the above-identified sum of money is fully and finally forfeited, in its entirety, to the United States;

2. Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) – (B), this Order will become final as to the Defendant at the time she is sentenced; it will be made part of the sentence; and it will be included in the judgment;

3. No right, title, or interest in this sum of money exists in any party other than the United States;

4. Pursuant to Fed. R. Crim. P. 32.2(e), in order to satisfy this sum of money, in whole or in part, the United States may move to amend this Order, at any time, to include substitute property having a value not to exceed this sum of money; and,

///
///
///
///
///

ORDER OF FORFEITURE - 2
*United States v. Judith Wright,* CR21-126-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

5.       The Court will retain jurisdiction in this case for the purpose of enforcing this Order, as necessary.

IT IS SO ORDERED.

DATED this 20th day of January, 2022.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER OF FORFEITURE - 3
*United States v. Judith Wright,* CR21-126-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970