JUDGE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>JUDITH WRIGHT,<br><br>        Defendant. | No. 2:21-cr-00126-RAJ<br><br>ORDER GRANTING AMENDED MOTION TO MODIFY CONDITIONS OF SUPERVISION |

THIS MATTER comes before the Court on Ms. Wright's unopposed motion to modify Special Condition number eight of her supervision.

The motion (Dkt. 34) is GRANTED and condition eight is modified as follows:

The defendant shall participate in the location monitoring program with Global Positioning Satellite technology via mobile application for a period of 12 months. The defendant is restricted to her residence at all times except for employment, religious services, medical, legal reasons, or as otherwise approved by the location monitoring specialist.  The defendant shall abide by all program requirements, and must contribute towards the costs of the services, to the extent financially able, as determined by the location monitoring specialist.

DATED this 7th day of October, 2022.

_Richard A. Jones_ (signature)

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO MODIFY
CONDITIONS OF SUPERVISION
(*U.S. v. Judith Wright*; 2:21-cr-00126-RAJ) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**