THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR21-126-RAJ |
| Plaintiff, | |
| v. | ORDER FOR TERMINATION OF SUPERVISED RELEASE |
| JUDITH WRIGHT, | |
| Defendant. | |

THE COURT has considered Judith Wright's motion to terminate her remaining period of supervised release, the records in this case, and the factors set forth in 18 U.S.C. § 3553(a).

IT IS ORDERED that Judith Wright's term of supervised release be terminated pursuant to 18 U.S.C. § 3583(e).

DATED this 17th day of April, 2025.

*[signature]*

The Honorable Richard A. Jones
United States District Judge

ORDER FOR TERMINATION OF
SUPERVISED RELEASE
(*United States v. Wright*, CR21-126-RAJ) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
(206) 553-1100